IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

JORGE PARRA
REG. #53853-080                                                                                    PETITIONER

VS.                                        2:04CV00129 GH/JTR

COLE JETER, Warden,
FCI, Forrest City, Arkansas                                                              RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED that the Petition for a Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2241 (docket entry #1) is DENIED, and this habeas action is DISMISSED, WITH PREJUDICE.

Dated this 2nd day of February, 2006.

_____
UNITED STATES DISTRICT JUDGE