## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

JORGE PARRA
REG. #53853-080                                                                                          PETITIONER

VS.                                          2:04CV00129 GH/JTR

COLE JETER, Warden,
FCI, Forrest City, Arkansas                                                                        RESPONDENT

### JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Judgment is entered in favor of Respondent, and this habeas action is DISMISSED, WITH PREJUDICE.

Dated this 2nd day of February, 2006.

_____
UNITED STATES DISTRICT JUDGE